# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY H. PHILLIPS,                                   No. CIV S-11-3182-GEB-CMK

      Plaintiff,

   vs.                                              ORDER

VICTOR COMMUNITY SUPPORT
SERVICES, INC.,

      Defendants.

_____/

        Plaintiff, originally proceeding in this civil action in propria persona, is now represented by counsel.  This matter is currently set for an initial scheduling conference before the undersigned on April 11, 2012.  Plaintiff filed this action in propria persona, and it was assigned to the undersigned pursuant to Local Rule 302(c)(21).  However, now that plaintiff is proceeding with counsel, Rule 302(c)(21) provides that this action shall be referred back to the District Judge.  Therefore, the initial scheduling conference currently set before the undersigned is vacated.  A new scheduling conference before the District Judge will be set as appropriate.

        Accordingly, IT IS HEREBY ORDERED that:

        1.       The scheduling conference set for April 11, 2012, before the undersigned is vacated; and

1

2. This matter is referred back to the District Judge pursuant to Local Rule 302(c)(21).

DATED: April 4, 2012

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE