Wendell Phillips, Esq. (SBN 231408)
wphillipsesq@gmail.com
PHILLIPS & RICKARDS
33173 West Mulholland
Malibu, California 90265
Tel: (310) 697-6964; Fax:  (818) 874-9488

Attorney for Plaintiff,
MARY PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PHILLIPS, | ) CASE NO. 11-03182 GEB (CMK) |
| | ) |
| Plaintiff, | ) Action filed:   November 28, 2011 |
| vs. | ) Assigned to:   Hon. Garland E. Burrell, Jr. |
| | ) |
| VICTOR COMMUNITY SUPPORT SERVICES, INC., | ) **ORDER TO CONTINUE** |
| | ) **EXPERT WITNESS DISCLOSURE** |
| | ) **REQUIREMENTS** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The Court continue the expert witness disclosure requirements in the referenced

matter, after considering the parties stipulation as follows:  the current initial expert

witness disclosure requirements are continued for 90 days from   October 9, 2012 to

January 7, 2013, and any contradictory and/or rebuttal disclosure are continued from

///

1

**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE REQUIREMENTS**
CASE NO. CV11-03182 GEB (CMK)

PHILLIPS & RICKARDS
33173 West Mulholland
Malibu, California 90265
Tel.: (310) 697-6964; Fax: (818) 874-9488

November 9, 2012 to February 8, 2013.

**Date:  10/5/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**PHILLIPS & RICKARDS**
33173 West Mulholland
Malibu, California 90265
Tel.: (310) 697-6964; Fax: (818) 874-9488

2

**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE REQUIREMENTS**
CASE NO. CV11-03182 GEB (CMK)