Wendell Phillips, Esq. (SBN 231408)
wphillipsesq@gmail.com
PHILLIPS & RICKARDS
33173 West Mulholland
Malibu, California 90265
Tel: (310) 697-6964; Fax: (818) 874-9488

Attorney for Plaintiff,
MARY PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PHILLIPS, <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR COMMUNITY SUPPORT SERVICES, INC., <br><br> Defendants. | CASE NO. 11-03182 GEB (CMK) <br><br> Action filed:  November 28, 2011 <br> Assigned to:  Hon. Garland E. Burrell, Jr. <br><br> **ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE REQUIREMENTS** |

The Court continue the expert witness disclosure requirements in the referenced matter, after considering the parties stipulation as follows:  the current initial expert witness disclosure requirements are continued for 90 days from   October 9, 2012 to January 7, 2013, and any contradictory and/or rebuttal disclosure are continued from

///

1

**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE REQUIREMENTS**
CASE NO. CV11-03182 GEB (CMK)

November 9, 2012 to February 8, 2013.

**Date:  10/5/2012**

                                                             _____
                                                             GARLAND E. BURRELL, JR.
                                                             Senior United States District Judge

**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE REQUIREMENTS**
CASE NO. CV11-03182 GEB (CMK)