Wendell Phillips, Esq. (SBN 231408)
wphillipsesq@gmail.com
PHILLIPS & RICKARDS
33173 West Mulholland
Malibu, California 90265
Tel: (310) 697-6964; Fax: (818) 874-9488

Attorney for Plaintiff,
MARY PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PHILLIPS, | ) CASE NO. 11cv3182 GEB (CMK) |
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINING EXPERT** |
| | ) **DISCLOSURE , DISCOVERY** |
| VICTOR COMMUNITY SUPPORT | ) **COMPLETION , LAST MOTION** |
| SERVICES, INC., | ) **HEARING, AND FINAL PRETRIAL** |
| | ) **CONFERENCE DATES** |
| Defendants. | ) |

The following scheduled dates are changed because of the parties' stipulation or as a consequence of the parties' stipulation: the initial expert witness disclosure date is continued from on or before January 7, 2013 to on or before March 8, 2013, and the any contradictory and/or rebuttal expert disclosure date from on or before February 8, 2013 to

1

**[PROPOSED ORDER] TO CONTINUE EXPERT DISCLOSURE REQUIREMENTS, DISCOVERY CUT-OFF, AND LAST MOTION HEARING DATE**
CASE NO. CV11-03182 GEB (CMK)

on or before March 29, 2013; the discovery completion date is continued from February 8, 2013 to March 29, 2013;  the last hearing date for a motion is continued from April 8, 2013 to May 10, 2013; and the final pretrial conference is continued from June 10, 2013, to July 19, 2013.

**Date:  12/18/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

[PROPOSED ORDER] TO CONTINUE EXPERT DISCLOSURE REQUIREMENTS, DISCOVERY CUT-OFF, AND LAST MOTION HEARING DATE
CASE NO. CV11-03182 GEB (CMK)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PHILLIPS & RICKARDS**
33173 West Mulholland
Malibu, California 90265
Tel.: (310) 697-6964; Fax: (818) 874-9488

1

PROOF OF SERVICE
CASE NO. CV11-03182 GEB (CMK)