Derek T. Anderson, Esq.
anderson_dt@hotmail.com
DEREK T. ANDERSON, APC
1850 Fifth Avenue
San Diego, California 92101
Tel: (619) 237-0099; Fax: (619) 237-0199

Wendell Phillips, Esq. (SBN 231408)
wphillipsesq@gmail.com
PHILLIPS & RICKARDS
33173 West Mulholland
Malibu, California 90265
Tel: (310) 697-6964; Fax: (818) 874-9488

Attorneys for Plaintiff,
MARY PHILLIPS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PHILLIPS, | ) CASE NO. 11-03182 GEB (CMK) <br> ) <br> ) Trial Date:   December 2, 2013 <br> ) Assigned to:  Hon. Troy L. Nunley <br> ) <br> ) **PLAINTIFF'S MOTION IN LIMINE TO** <br> ) **EXCLUDE CONTRADICTORY AND/OR** <br> ) **REBUTTAL EXPERT WITNESSES BY** <br> ) **DEFENDANT** |
| Plaintiff, | |
| vs. | |
| VICTOR COMMUNITY SUPPORT SERVICES, INC., | |
| Defendant. | |

## EVIDENCE TO EXCLUDE

The plaintiff moves in limine to exclude contradictory and/or rebuttal expert witnesses by the defendant in this matter.

/ / /

/ / /

/ / /

1

## FACTUAL AND PROCEDURAL BACKGROUND

Following stipulation by the parties, this Court ordered that the initial expert disclosure date in this matter was set for March 8, 2013, and that any contradictory and/or rebuttal expert disclosures were to be made on or before March 29, 2013. Ex. 1; Docket No. 17.

The plaintiff complied with the referenced Order by retaining an expert to render an opinion as to the past loss of earnings and fringe benefits and the present value of the future loss of earnings and fringe benefits in this matter and thereafter preparing and timely serving on the defendant a Designation Of Expert Witnesses which also included percipient health care provider expert witnesses. Ex. 2.

To this date, the defendant has never disclosed any experts in this matter.

## LEGAL DISCUSSION

A motion in limine may be used to prevent reference to evidence barred by discovery rules or discovery orders in the case.

By way of example, it has been held that a trial court did not abuse its discretion by granting a motion in limine to preclude admission of evidence regarding damages, determining the sanction was proper under FRCP 37(c)(1) for a party's failure to disclose damages calculations as required by FRCP 26(a)(1)(A)(iii). *Hoffman v. Construction Protective Services, Inc.* (9th Cir. 2008) 541 F3d 1175, 1179-1180.

The citation above is completely analogous to this matter since the defendant did not comply with the discovery order which it stipulated to. As a result, the defendant should not be allowed to offer contradictory and/or rebuttal expert witnesses in this matter since doing so would be unfair and unduly prejudicial to the plaintiff.

///
///
///
///

## CONCLUSION

For the reasons stated above, the Court should exclude contradictory and/or rebuttal expert witnesses by the defendant in this matter.

DATED: September 11, 2013   DEREK T. ANDERSON, APC


By:/s/_____
        Derek T. Anderson
Attorney for Plaintiff, MARY PHILLIPS

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CONTRADICTORY AND/OR REBUTTAL EXPERT WITNESES BY DEFENDANT**
CASE NO. 11-03182 GEB(CMK)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action; my business address is 1850 Fifth Avenue, San Diego, California 92101.

I hereby certify that on September 12, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF System:

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CONTRADICTORY AND/OR REBUTTAL EXPERT WITNESSES BY DEFENDANT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the following parties:

Counsel for Defendant Victor Community Support Services, Inc.

Michael A. Bishop, Esq.
Matheny, Sears, Linkert & Jaime, LLP
3638 American River Drive
Sacramento, California 95864

E-Mail Address: mbishop@mathenysears.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| September 12, 2013 | /s/ Derek T. Anderson |
|---|---|
| Date | Derek T. Anderson |

1

PROOF OF SERVICE
CASE NO. 11-03182 GEB (CMK)