UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PHILLIPS, | ) CASE NO. 11-03182 GEB (CMK) |
| Plaintiff, | ) Trial Date: December 2, 2013 |
| vs. | ) Assigned to: Hon. Troy L. Nunley |
| VICTOR COMMUNITY SUPPORT SERVICES, INC., | ) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CONTRADICTORY AND/OR REBUTTAL EXPERT WITNESSES BY DEFENDANT |
| Defendant. | |

The Court, finding good cause exists for the motion in limine by the plaintiff to exclude contradictory and/or rebuttal expert witnesses by the defendant,

/ / /

/ / /

/ / /

/ / /

1

1  IT IS HEREBY ORDERED that contradictory and/or rebuttal expert witnesses by
2  the defendant are excluded.

4  DATED:_____      _____
5                                  UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
CONTRADICTORY AND/OR REBUTTAL EXPERT WITNESSES BY DEFENDANT
CASE NO. 11-03182 GEB(CMK)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action; my business address is 1850 Fifth Avenue, San Diego, California 92101.

I hereby certify that on September 12, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF System:

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CONTRADICTORY AND/OR REBUTTAL EXPERT WITNESSES BY DEFENDANT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the following parties:

Counsel for Defendant Victor Community Support Services, Inc.

Michael A. Bishop, Esq.
Matheny, Sears, Linkert & Jaime, LLP
3638 American River Drive
Sacramento, California 95864

E-Mail Address: mbishop@mathenysears.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| September 12, 2013 | /s/ Derek T. Anderson |
|---|---|
| Date | Derek T. Anderson |

PROOF OF SERVICE
CASE NO. 11-03182 GEB (CMK)