UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PHILLIPS, | ) CASE NO. 11-cv-03182-TLN-CMK |
| Plaintiff, | ) Action filed: November 28, 2011 |
| vs. | ) Assigned to: Hon. Troy L. Nunley |
| VICTOR COMMUNITY SUPPORT SERVICES, INC., | ) **ORDER TO EXTEND THE DEADLINE TO FILE THE PARTIES' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| Defendants. | |

The Court, finding good cause exists to extend the deadline to file the parties' Proposed Findings Of Fact And Conclusions Of Law in the referenced matter,

/ / /

/ / /

1

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the current deadline to file the parties' Proposed Findings Of Fact And Conclusions Of Law is extended from on or before June 20, 2014 to on or before July 4, 2014.

Dated: June 19, 2014

*[signature]*

Troy L. Nunley
United States District Judge

---

2

**ORDER TO EXTEND THE DEADLINE TO FILE THE PARTIES' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**
CASE NO. CV11-03182 TLN (CMK)