## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                    **JUDGMENT IN A CIVIL CASE**

**MARY H. PHILLIPS,**

                                    CASE NO: **2:11−CV−03182−TLN−CMK**

            v.

**VICTOR COMMUNITY SUPPORT SERVICES, INC.,**

---

**XX −− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/30/2015**

                                            **Marianne Matherly**
                                            Clerk of Court

    ENTERED: **March 30, 2015**

                                      by: /s/  K. Zignago
                                                Deputy Clerk